



## MEMORANDUM OPINION

No. 04-10-00349-CV

**BETTER-BUILT ENTERPRISES, INC.,**
Appellant

v.

**RAST IRON WORKS COMPANY, INC.**, First National Bank Group, Inc., and Quincy Joist
Company, Inc.,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-20507
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
Steven C. Hilbig, Justice
Marialyn Barnard, Justice

Delivered and Filed:  September 29, 2010

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* Tex. R. App. P.

42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the

assessment of costs, we order all costs assessed against appellant. *See* Tex. R. App. P.

42.1(d)(absent agreement of the parties, costs are taxed against appellant).


PER CURIAM